1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

      Plaintiff,                                  No. CIV S-09-1783 MCE EFB PS

      vs.

CA. COMMISSION ON
TEACHER CREDENTIALING
CHAIR CALEB CHEUNG, et al.,          ORDER

      Defendants.
_____/

      This case, in which plaintiff proceeds *in propria persona*, was referred to the undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21), and 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to proceed in this action *in forma pauperis* pursuant to 28 U.S.C. §1915, and has submitted a one-paragraph affidavit in support of this request. *See* Dckt. No. 1, at p. 6. However, plaintiff's affidavit does not contain all of the information necessary for this court to make a determination. The court will therefore defer consideration of plaintiff's request (and screening of plaintiff's complaint) pending timely receipt of an amended application to proceed *in forma pauperis* .

////

////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of Court shall, with service of this order, send plaintiff a blank application
3  to proceed *in forma pauperis*;

4  2. Plaintiff shall file the completed application to proceed *in forma pauperis* within thirty
5  days of the filing date of this order; and,

6  3. Failure of plaintiff timely to submit a completed application to proceed *in forma*
7  *pauperis* will result in a recommendation that this action be dismissed.

8  SO ORDERED.

9  DATED: August 21, 2009.

                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE