1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH A. SHERMAN,

11             Plaintiff,                    No. CIV S-09-1783 MCE EFB PS

12        vs.

13   CALIFORNIA COMMISSION ON            ORDER
     TEACHER CREDENTIALING CHAIR
14   CALEB CHEUNG; EXECUTIVE
     DIRECTOR DALE JANSSEN; and
15   MANAGER DAN GONZALEZ,

16             Defendants.
                                      /
17

18        This case, in which plaintiff is proceeding *in propria persona*, was referred to the

19   undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule

20   72-302(c)(21).  Plaintiff requests authority pursuant to 28 U.S.C. § 1915 to proceed *in forma*

21   *pauperis*, and has submitted the affidavit required thereunder which demonstrates that plaintiff is

22   unable to prepay fees and costs or give security thereof.  Accordingly, the request to proceed *in*

23   *forma pauperis* is granted.  28 U.S.C. § 1915(a).

24        Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss a case filed pursuant

25   to the *in forma pauperis* statute if, at any time, it determines that the allegation of poverty is

26   untrue, or if the action is frivolous or malicious, fails to state a claim on which relief may be

1

granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed *in forma pauperis* is granted.

2.  The Clerk of the Court is directed to issue forthwith all process pursuant to Federal Rule of Civil Procedure 4.

3.  The Clerk of Court shall send plaintiff three USM-285 forms, one summons, a copy of the complaint, this court's scheduling order, and the forms providing notice of the magistrate judge's availability to exercise jurisdiction for all purposes and the court's voluntary dispute resolution program.

4.  Plaintiff is advised that the U.S. Marshal will require:

      a.  One completed summons;

      b.  One completed USM-285 form for each defendant;

      c.  A copy of the complaint for each defendant, with an extra copy for the U.S. Marshal; and,

      d.  A copy of this court's scheduling order and related documents for each defendant.

5.  Plaintiff shall supply the United States Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and *shall, within 10 days thereafter, file a statement with the court that said documents have been submitted to the United States Marshal*.

6.  The U.S. Marshal shall serve process, with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs. *The United States Marshal shall, within 10 days thereafter, file a statement with the court that said documents have been served.*  If the U.S. Marshal is unable, for any

1  reason, to effect service of process on any defendant, the Marshal shall promptly report that fact,

2  and the reasons for it, to the undersigned.

3      7.  The Clerk of Court shall serve a copy of this order on the United States Marshal, 501

4  "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

5  DATED:  October 20, 2009.

7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE