IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,        No. CIV S-09-1783 MCE EFB PS

    vs.

CALIFORNIA COMMISSION ON  ORDER
TEACHER CREDENTIALING CHAIR
CALEB CHEUNG; EXECUTIVE
DIRECTOR DALE JANSSEN; and
MANAGER DAN GONZALEZ,

    Defendants.
_____/

  This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 72-302(c)(21). On October 20, 2009, the court granted plaintiff's application to proceed *in forma pauperis* ("IFP") in this action; directed the Clerk of the Court to issue and send plaintiff various documents; and instructed plaintiff to supply the United States Marshal, within 15 days from the date of that order, with all information needed to effect service of process, and within 10 days thereafter, file a statement with the court that said documents were submitted. Dckt. No. 4. On October 20, 2009, the Clerk of the Court issued the required documents and sent those documents to plaintiff. Dckt. Nos. 5, 6.

1

On October 27, 2009, plaintiff filed a further IFP application, which reflects a change in plaintiff's financial situation.  *See* Dckt. No. 8.  The court finds that plaintiff is entitled to IFP status under both applications and that the change in plaintiff's financial status does not impact his eligibility for IFP status.  Therefore, plaintiff's further IFP application, Dckt. No. 8, will be denied as moot.

In light of plaintiff's further IFP application, it is unclear whether plaintiff has yet supplied the United States Marshal with all information needed to effect service of process, as required by the October 20, 2009 order.  Accordingly, plaintiff will be granted an extension of time to comply with that order.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's further IFP application, Dckt. No. 8, is denied as moot.

2. Plaintiff shall supply the U.S. Marshal, within 15 days from the date this order is filed, with all information needed by the Marshal to effect service of process, and shall, within 10 days thereafter, file a statement with the court that said documents were submitted to the Marshal.

3. The U.S. Marshal shall serve process, along with copies of this court's scheduling order and related documents, within 90 days of receipt of the required information from plaintiff, without prepayment of costs.  The Marshal shall, within 10 days thereafter, file a statement with the court that said documents were served.  If the Marshal is unable, for any reason, to effect service of process on any defendant, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

4. The Clerk of Court shall serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, CA 95814 (tel. 916-930-2030).

DATED: November 10, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE