IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Plaintiff,

No. CIV S-09-1783 MCE EFB PS

vs.

CALIFORNIA COMMISSION ON TEACHER CREDENTIALING CHAIR CALEB CHEUNG; EXECUTIVE DIRECTOR DALE JANSSEN; and MANAGER DAN GONZALEZ,

ORDER

    Defendants.

_____/

    This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On January 15, 2010, defendants moved to dismiss plaintiff's complaint and noticed the motion for hearing on February 24, 2010. Dckt. No. 14.

    On February 1, 2010, plaintiff filed a notice of change of address, indicating that he is currently incarcerated in Woodland, California and requesting that any orders in this action issued on or after January 5, 2010 be forwarded to his new address. Dckt. No. 15. In light of that filing, the Clerk's Office will be directed to forward plaintiff a copy of defendants' motion to dismiss, the hearing on that motion will be vacated, and a briefing schedule for that motion

will be set forth.[1]

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The February 24, 2010 hearing on defendants' motion to dismiss, Dckt. No. 14, is vacated;

2. Plaintiff shall file an opposition or a statement of non-opposition to the motion on or before March 15, 2010;

3. Defendants may file a reply in support of their motion on or before March 29, 2010;

4. The Clerk of Court shall mail a copy of defendants' motion to dismiss, Dckt. No. 14, to plaintiff at his updated address.

DATED: February 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The matter will be submitted upon the record without oral argument pursuant to Local Rule 230(l).

2